# EXHIBIT A

```
 1  ROBERT S. SHWARTS (STATE BAR NO. 196803)
    rshwarts@orrick.com
 2  JAMES E. THOMPSON (STATE BAR NO. 240979)
    jthompson@orrick.com
 3  CHRISTINE M. LOUIE (STATE BAR NO. 267929)
    clouie@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA  94105-2669
 6  Telephone:    415-773-5700
    Facsimile:    415-773-5759
 7
    Attorneys for Defendant/Counterclaimant
 8  Acer America Corporation
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PRIME MEDIA GROUP LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACER AMERICA CORPORATION,<br>    Defendant. | Case No.: 5:12-cv-05020-EJD<br><br>**LETTER OF REQUEST ORDERING GIANPIERO MORBELLO TO APPEAR FOR DEPOSITION ABROAD** |
| ACER AMERICA CORPORATION,<br><br>    Counterclaimant,<br><br>    v.<br><br>PRIME MEDIA GROUP LLC., CIRCLE LINE MARKETING AND COMMUNICATION S.R.L., BREAKOUT S.R.L., AND KEECHWOOD LIMITED,<br><br>    Counter-Defendants. | |

| | | | |
|---|---|---|---|
| 1. | | Sender: | ORRICK HERRINGTON & SUTCLIFFE, LLP<br>Robert S. Shwarts, Esq.<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>United States of America<br>(415) 773-5700 |
| 2. | | Central Authority of the Requested State: | Ministry of Foreign Affairs<br>Ministero degli Affari Esteri<br>D.G.I.E.P.M. Ufficio 4<br>00194 ROMA, Italy<br>Telephone: +3906-36912930/32 |
| 3. | | Person to whom the expected request is to be returned: | The Honorable Howard R. Lloyd<br>United States District Court<br>Northern District of California<br>San Jose Courthouse<br>280 South 1st Street<br>San Jose, CA 95113, U.S.A.<br>(408) 535-5365 |
| 4. | | Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request: | Date: _____ |

In conformity with article 3 of the Convention, the undersigned applicant has the honor to submit the following request:

| | | | |
|---|---|---|---|
| 5. | a. | Requesting judicial authority (article 3, *a*): | United States District Court<br>Northern District of California<br>San Jose Courthouse<br>280 South 1st Street<br>San Jose, CA 95113, U.S.A.<br>(408) 535-5363 |

- 1 -

LETTER OF REQUEST ORDERING GIANPIERO MORBELLO
TO APPEAR FOR DEPOSITION ABROAD
5:12-CV-05020-EJD

OHSUSA:752441552.4

| | | |
|---|---|---|
| b. | To the competent authority of (article 3, *a*): | Ministry of Foreign Affairs<br>Ministero degli Affari Esteri<br>D.G.I.E.P.M. Ufficio 4<br>00194 ROMA, Italy<br>Telephone: +3906-36912930/32 |
| c. | Name of the case and any identifying number: | Prime Media Group LLC v. Acer America Corporation;<br>Case No.: 5:12-cv-05020-EJD |

6. Names and addresses of the parties and their representatives (article 3, *b*):

    a. Plaintiff/Counter-Defendant:    PRIME MEDIA GROUP LLC, a Delaware limited liability company with its principal place of business in Switzerland.

    Representatives:

UNGARETTI & HARRIS LLP
   Charles R. Bernadini, Esq.
   Kevin P. Shea, Esq.
70 W. Madison Street, Suite 3500
Chicago, IL 60602
United States of America
Telephone: (312) 977-4400
Facsimile:  (312) 977-4405

HOPKINS & CARLEY
   Jeffrey E. Essner, Esq.
   Erik P. Khoobyarian, Esq.
The Letitia Building
70 S. First Street
San Jose, CA 95113
United States of America
Telephone: (408) 286-9800
Facsimile:  (408) 286-4790

    b. Defendant/Counterclaimant:    ACER AMERICA CORPORATION, a California Corporation with its principal place of business in San Jose, California.

    Representatives:

ORRICK HERRINGTON & SUTCLIFFE, LLP
   Robert S. Shwarts, Esq.
The Orrick Building
405 Howard Street
San Francisco, CA 94105
United States of America
Telephone: (415) 773-5700
Facsimile:  (415) 773-5759

- 2 -

LETTER OF REQUEST ORDERING GIANPIERO MORBELLO
TO APPEAR FOR DEPOSITION ABROAD
5:12-CV-05020-EJD

OHSUSA:753441552.4

| | | | |
|---|---|---|---|
| | c. | Counter-Defendants | CIRCLE LINE MARKETING AND COMMUNICATION S.R.L., an Italian company, with a place of business in Milano, Italy; BREAKOUT S.R.L., an Italian company, with a place of business in Milano, Italy; KEECHWOOD LIMITED, an Irish company, with a place of business in Dublin, Ireland |
| | | Representatives: | UNGARETTI & HARRIS LLP<br>  Charles R. Bernadini, Esq.<br>  Kevin P. Shea, Esq.<br>70 W. Madison Street, Suite 3500<br>Chicago, IL 60602<br>United States of America<br>Telephone: (312) 977-4400<br>Facsimile:  (312) 977-4405<br><br>HOPKINS & CARLEY<br>  Jeffrey E. Essner, Esq.<br>  Erik P. Khoobyarian, Esq.<br>The Letitia Building<br>70 S. First Street<br>San Jose, CA 95113<br>United States of America<br>Telephone: (408) 286-9800<br>Facsimile:  (408) 286-4790 |
| | | Deponent: | Gianpiero Morbello |
| | | | Represented by: Unrepresented (pursuant to information and belief) |
| 7. | a. | Nature of the proceedings (article 3, *c*): | Breach of Contract; Account Stated; Unjust Enrichment; Implied-In-Fact Contract; Services Rendered; Fraudulent Deceit, Cal. Civ. Code §§ 1709, 1710. |
| | b. | Summary of complaint: | Plaintiff Prime Media Group LLC ("Prime Media") brought an action against Defendant Acer America Corporation ("Acer America") for breach of contract for unpaid invoices for advertising services in two advertising campaigns performed by Prime Media for Acer America. |
| | c. | Summary of defence and counterclaim*: | Acer America counterclaimed against Prime Media, Circle Line Marketing and Communications S.R.L., Breakout S.R.L., and Keechwood Limited (collectively "Counter-Defendants") for fraudulent deceit based on the false and |

- 3 -

LETTER OF REQUEST ORDERING GIANPIERO MORBELLO
TO APPEAR FOR DEPOSITION ABROAD
5:12-CV-05020-EJD

OHSUSA:753441552.4

| | | | |
|---|---|---|---|
| | | | inflated invoices issued by Counter-Defendants to Acer America for advertising services performed on its behalf. Counter-Defendants deny Acer America's allegations that the invoices submitted by them were false or inflated. Mr. Morbello is Acer's former head of marketing worldwide, which included oversight of Acer America advertising. His testimony is requested relating to issues concerning Acer America's allegations that Counter-Defendants fraudulently issued invoices to Acer America for amounts not agreed upon by the parties and for work not performed by Counter-Defendants. |
| 8. | a | Evidence to be obtained or other judicial act to be performed (article 3, *d*): | Deposition testimony upon oral examination of Mr. Gianpiero Morbello |
| | b. | Purpose of the evidence or judicial act sought: | Mr. Gianpiero Morbello was employed as Acer's head of marketing at the time Counter-Defendants are accused of fraudulently issuing invoices to Acer America for advertising services that they did not perform or for amounts much higher than agreed upon by the parties. Mr. Morebello can provide testimony for use at trial that bears on facts in dispute in this litigation, specifically relating to any agreement between the parties relating to advertising for Acer America. |
| 9. | | Identity and address of any person to be examined (article 3, *e*): | Mr. Gianpiero Morbello<br><br>Via Lattanzio 11<br><br>20137, Milan Italy<br><br>(address stated above upon information and belief) |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (article 3, *f*)*: | The time period in question for each of the following is January 1, 2005 through December 31, 2011. The term "Acer" includes Acer Inc., and all subsidiaries thereof, including Acer America Corp.<br><br>- Describe all agreements between Acer and (1) Circle Line or (2) Prime Media or (3) Breakout or (4) Keechwood regarding the pricing of advertising placed on behalf of Acer, including Acer America.<br>- Describe all agreements between Acer and (1) Circle Line or (2) Prime Media or (3) Breakout or (4) Keechwood regarding compensation for their services.<br>- How were (1) Circle Line, (2) Prime Media, (3) |

- 4 -   LETTER OF REQUEST ORDERING GIANPIERO MORBELLO
TO APPEAR FOR DEPOSITION ABROAD
5:12-CV-05020-EJD

OHSUSA:752441552.4

Breakout, and (4) Keechwood compensated by Acer? Who decided how much these entities should be compensated? How was the amount of compensation determined? If the amount was variable, what factors were analyzed to determine the amount?

- Did you approve the advertisements placed on behalf of Acer America? What specifically did you approve? Did you approve each individual advertisement? Did you approve the content of the advertisement? Did you approve the price of the advertisement?
- Did you approve payment of the amounts invoiced by Circle Line, Prime Media, and/or Keechwood for work performed on behalf of Acer America?
- Did anyone instruct you to approve payment to Circle Line, Prime Media, and/or Keechwood for the amounts invoiced? Who instructed you to do so?
- Explain Acer's payment process for invoices issued by Circle Line, Prime Media, and/or Keechwood.
- Were Prime Media's or Circle Line's billing functions transferred to Keechwood? If so, why? Who's decision was it to transfer them?
- Did you take any steps to ensure that the amounts invoiced by Circle Line, Prime Media, and/or Keechwood were appropriate?
- Were you aware that certain amounts invoiced to Acer America by Circle Line, Prime Media, and/or Keechwood were higher than the amount it cost to place the underlying advertisement plus commission? Do you know why?
- Did you ever voice any concerns to anyone that certain amounts invoiced to Acer America by Circle Line, Prime Media, and/or Keechwood were higher than the amount it cost to place the underlying advertisement plus commission? To whom? What was his or her response?
- Did you approve of the practice of Circle Line, Prime Media, and/or Keechwood issuing invoices issued to Acer America that contained higher prices than the actual cost of the advertisements plus commissions? If not, who did? How was the amount invoiced above the amount it cost to place the underlying advertisement plus commissions determined? Who determined this amount?
- Did Circle Line, Prime Media, Keechwood, and/or Breakout ever reimburse Acer or Acer America for any part of the difference between amounts invoiced and actual costs plus comission? How much was reimbursed? Describe the process for

- 5 -

LETTER OF REQUEST ORDERING GIANPIERO MORBELLO TO APPEAR FOR DEPOSITION ABROAD
5:12-CV-05020-EJD

- reimbursement and who was involved in that process.
- Are you familiar with "credit notes" issued by Circle Line and/or Prime Media? What are these "credit notes"? Who were these "credit notes" issued to? Were they ever issued to Acer America? Were they ever issued to any other Acer entity, including Acer Europe? What were the "credit notes" credited against? What was the accounting impact of the "credit notes" on Acer? Was there documentation of the "credit notes"? How was it documented? How was the amount credited determined? Did any money actually change hands as a result of the "credit notes" or was it a paper transaction?
- Did anyone personally benefit as a result of Circle Line, Prime Media, and/or Keechwood invoicing amounts to Acer America that were higher than the amount it cost to place the underlying advertisement plus commission? Who? How did they benefit?
- Was your departure from Acer voluntary? Describe the circumstances surrounding your departure and the cause thereof.

11. Documents or other property to be inspected (article 3, *g*)*:   No additional documents requested at this time.

12. Any requirement that the evidence be given on oath or affirmation and any special form to be used (article 3, *h*):   Mr. Gianpiero Morbello should be examined under oath or affirmation, or in the alternative, in such manner as provided by local law for the formal taking of evidence, for the purpose of presenting such evidence to the jury at the upcoming trial.

13. Special methods or procedures to be followed (articles 3, *i* and 9)*:   It is requested that the witness be placed under oath (or affirmation), that counsel for all parties be permitted to question the witness and that all questions and answers be transcribed by a shorthand typist as well as videotaped by a videographer. It is requested that insofar as it is not incompatible with the laws of Italy that the rules of procedure governing the taking of depositions in the United States be applied. In the event that the evidence cannot be taken under the rules of procedure governing the taking of deposition in the United States, the applicable laws of Italy governing the taking of depositions should be applied.

14. Request for notification of the time and place for

- 6 -

LETTER OF REQUEST ORDERING GIANPIERO MORBELLO TO APPEAR FOR DEPOSITION ABROAD
5:12-CV-05020-EJD

OHSUSA:753441552.4

| | | | |
|---|---|---|---|
| 1 | | the execution of the Request and identity and address of any person to be notified (article 7)*: | |
| 2 | | | |
| 3 | 15. | Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (article 8)*: | If the competent authority deems it necessary, it is requested that an examiner be appointed to administer the oath to the deponent and to otherwise oversee the proceedings. |
| 5 | | | |
| 6 | 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (article 11, b)*: | The witness may refuse to give evidence only insofar as he has a privilege or a duty to do so under the laws of the United States or Italy. |
| 8 | 17. | The fees and costs incurred which are reimbursable under the second paragraph of article 14 or under article 26 of the Convention will be borne by: | ORRICK HERRINGTON & SUTCLIFFE, LLP c/o Robert S. Shwarts, Esq. The Orrick Building 405 Howard Street San Francisco, CA 94105, USA Telephone: (415) 773-5700 |
| 12 | 18. | DATE OF REQUEST: | July ___, 2013 |
| 14 | 19. | SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY: | _____ The Honorable Howard R. Lloyd United States District Court Northern District of California San Jose Courthouse 280 South 1st Street San Jose, CA 95113, U.S.A. (408) 535-5365 |
| 19 | Dated: _____ | | |
| 22 | | | _____ Hon. Howard R. Lloyd |

- 7 -

LETTER OF REQUEST ORDERING GIANPIERO MORBELLO TO APPEAR FOR DEPOSITION ABROAD
5:12-CV-05020-EJD

OHSUSA:753441552.4