IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRIME MEDIA GROUP LLC, | CASE NO. 5:12-cv-05020 EJD |
| Plaintiff(s), | **ORDER VACATING STATUS CONFERENCE** |
| v. | |
| ACER AMERICA CORPORATION, | |
| Defendant(s). | |

Having reviewed the parties' Joint Status Conference Statement (see Docket Item No. 84), the court orders as follows on certain issues presented therein:

1. Any disputes with respect to discovery or disclosure have been previously referred to the assigned Magistrate Judge. See Docket Item No. 44. This referral encompasses the present disputes concerning depositions as well as any that may arise concerning document production. The parties shall therefore present the disputes to the Magistrate Judge accordingly.

2. On or before **March 24, 2014**, the parties shall file a Stipulation and Proposed Order that includes their request for a modification of the deadlines contained in the Case Management Order.

3. The deadline to complete mediation is extended to June 30, 2014. This is the final extension of the ADR deadline. No later than **March 31, 2014**, the parties shall file a notice informing the court of the date and time mediation will take place in this

1

CASE NO. 5:12-cv-05020 EJD
ORDER VACATING STATUS CONFERENCE

1 action.

2 In light of these orders, the court finds that a conference is unnecessary at this time.

3 Accordingly, the Status Conference scheduled for March 21, 2014, is VACATED.

4 **IT IS SO ORDERED.**

6 Dated: March 19, 2014

EDWARD J. DAVILA
United States District Judge