United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PRIME MEDIA GROUP, LLC, | CASE NO. 5:12-cv-05020 EJD |
|---|---|
| Plaintiff(s), | **ORDER REFERRING MATTER TO MAGISTRATE JUDGE** |
| v. | |
| ACER AMERICA CORPORATION, | |
| Defendant(s). | |

Pursuant to Civil Local Rule 72-1, Plaintiff's Motion for Extension of Time to Complete Discovery (Docket Item No. 88) is hereby REFERRED to Magistrate Judge Howard R. Lloyd for resolution along with Discovery Dispute Joint Report #3.

**IT IS SO ORDERED.**

Dated: April 4, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-05020 EJD
ORDER REFERRING MATTER TO MAGISTRATE JUDGE