UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PRIME MEDIA GROUP, LLC, | |
|---|---|
| Plaintiff, | Case No. 12-cv-05020-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| ACER AMERICA CORPORATION, | |
| Defendant. | |

On 05/13/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 11/13/2014 at 9:00 am |
| Final Pretrial Conference | 01/29/2015 at 2:30 pm |
| Trial | 02/09/2015 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

Dated:  May 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge