ROBERT S. SHWARTS (STATE BAR NO. 196803)
*rshwarts@orrick.com*
JAMES E. THOMPSON (STATE BAR NO. 240979)
*jthompson@orrick.com*
CHRISTINE M. SMITH (STATE BAR NO. 267929)
*cmsmith@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1-415-773-5759

Attorneys for Defendant and Counterclaimant
Acer America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRIME MEDIA GROUP LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>ACER AMERICA CORPORATION,<br><br>          Defendant. | Case No. 5:12-cv-05020-BLF<br><br>**STIPULATION AND [PROPOSED ORDER] MODIFYING THE DEADLINE TO FILE THE JOINT PRETRIAL STATEMENT AND ORDER WITH APPENDICES** |
| ACER AMERICA CORPORATION,<br><br>          Counterclaimant,<br><br>    v.<br><br>PRIME MEDIA GROUP LLC, CIRCLE LINE MARKETING AND COMMUNICATION S.R.L., BREAKOUT S.R.L. AND KEECHWOOD LIMITED,<br><br>          Counter-Defendants. | |

Acer America Corporation ("Acer America") and Plaintiff and Counter-Defendant Prime Media Group LLC and Counter-Defendants Circle Line Marketing & Communication S.r.l., Breakout S.r.l., and Keechwood Limited (collectively "Counter-Defendants") hereby stipulate and agree to modify the deadline to file the Joint Pretrial Statement and Order with Appendices for the above-captioned matter.

WHEREAS, trial in the above-captioned action is currently scheduled to begin February 2, 2015;

WHEREAS, per the Court's November 19, 2014 Order, the last day to file the Joint Pretrial Statement and Order with Appendices is January 5, 2015;

WHEREAS, in light of the Parties' participation in numerous meet-and-confers to prepare the Joint Pretrial Statement and Order with Appendices, and in consideration of the recent holiday season and scheduling conflicts, additional time is needed to prepare the Joint Pretrial Statement and Order with Appendices;

THEREFORE, the Parties hereby agree to modify the deadline to file the Joint Pretrial Statement and Order with Appendices to January, 7, 2015 at noon PST.

**SO STIPULATED.**

Dated: January 5, 2015                ROBERT S. SHWARTS
                                      JAMES E. THOMPSON
                                      CHRISTINE M. SMITH
                                      Orrick, Herrington & Sutcliffe LLP

                                      By:     */s James E. Thompson*
                                              JAMES E. THOMPSON
                                      Attorneys for Defendant and Counterclaimant
                                              Acer America Corporation

Dated: January 5, 2015

CHARLES R. BERNARDINI (*pro hac vice*)
KEVIN P. SHEA (*pro hac vice*)
Ungaretti & Harris, LLP

By:   /s Kevin P. Shea
KEVIN P. SHEA
Attorneys for Plaintiff and Counter-Defendant
Prime Media Group LLC and Counter-Defendants
Circle Line Marketing & Communication S.r.l.,
Breakout S.r.l., and Keechwood Limited

### ATTESTATION CLAUSE

I, James E. Thompson, am the ECF User whose ID and password are being used to file the Stipulation and [Proposed] Order Modifying the Deadline to File the Joint Pretrial Statement and Order with Appendices. In compliance with General Order 45, X.B., I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ James E. Thompson

**SO ORDERED**

IT IS SO ORDERED AS MODIFIED

Judge Beth Labson Freeman

Dated:   1/5/15

THE HONORABLE BETH LABSON FREEMAN
United States District Judge