UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PRIME MEDIA GROUP, LLC,<br>Plaintiff,<br><br>v.<br><br>ACER AMERICA CORPORATION,<br>Defendant. | Case No.  12-cv-05020-BLF<br><br>**ORDER GRANTING MOTIONS TO SUPPLEMENT JOINT EXHIBIT LIST**<br><br>[Re:  ECF 170, 183] |

Prime Media brings two motions to supplement the joint exhibit list. The court held a pretrial conference on January 23, 2015, at which both parties presented their positions on these motions to the court. The primary dispute between the parties appears to be the ultimate admissibility of the proposed exhibits, rather than the propriety of supplementing the joint exhibit list. Because the motions before the court present only the second question, the court need not address the admissibility of the exhibits at this time.

**IT IS ORDERED** that:

Counter-Defendants' motions to supplement the joint exhibit list are hereby **GRANTED**. This ruling is without prejudice to any party's objecting to the admissibility of these exhibits at trial.

Dated: 1/26/2015

_____
BETH LABSON FREEMAN
United States District Judge