UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRIME MEDIA GROUP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACER AMERICA CORPORATION,<br><br>    Defendant. | Case No. 12-cv-05020-BLF<br><br>**ORDER RE: JURY INSTRUCTIONS AND FURTHER PRE-TRIAL CONFERENCE** |

Pursuant to this Court's February 5, 2015 Order, the parties in the above-captioned action engaged in settlement discussions on March 3, 2015. The parties now inform the Court that the case has not settled. *See* ECF 201.

Trial is scheduled to begin in this case on June 1, 2015. The parties are hereby ordered to appear for a further pre-trial conference on **Thursday, May 14, 2015 at 2:30 p.m.** The Court previously met with counsel to discuss proposed jury instructions and advised the parties of a number of revisions required by the Court. No later than Monday, May 4, 2015, the parties are ordered to file with the Court a **single version** of revised proposed jury instructions, which contains within it all instructions to which the parties stipulate and agree, as well as both parties' proposals for any disputed instructions on which the parties were unable to reach agreement.

**IT IS SO ORDERED.**

Dated: March 12, 2015

                                                BETH LABSON FREEMAN
                                                United States District Judge