UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRIME MEDIA GROUP LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACER INC., et al.,<br><br>    Defendants. | Case No.  5:15-cv-01162-EJD<br><br>**ORDER REFERRING CASE FOR CONSIDERATION OF RELATED CASE STATUS** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable Beth Labson Freeman for a determination as to whether this case is related to Case No. 5:12-cv-05020-BLF, an action currently pending before Judge Freeman.

**IT IS SO ORDERED.**

Dated:  March 31, 2015

_____
EDWARD J. DAVILA
United States District Judge