United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRIME MEDIA GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACER AMERICA CORPORATION,<br><br>　　　　Defendant. | Case No. 12-cv-05020-BLF<br><br>**ORDER TO SHOW CAUSE AS TO WHY THE ACTION SHOULD NOT BE DISMISSED** |

　　　　The above-captioned action was scheduled to begin trial on June 1, 2015. On June 1, the parties informed the Court that they had reached a confidential global settlement of their disputes, and would file a notice of dismissal, with prejudice, of both this action and a related case, *Prime Media Group LLC v. Acer Inc. et al.*, Case No. 5:15-cv-01162-BLF, within ten business days.

　　　　The Court HEREBY ORDERS THE PARTIES TO SHOW CAUSE as to why these two actions should not be dismissed no later than **July 1, 2015.**

　　　　**IT IS SO ORDERED.**

Dated: June 1, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge