UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Prime Media<br><br>    Plaintiffs,<br><br>ACER America<br><br>    Defendant. | No. CV12-05020 BLF<br><br>ORDER ASSESSING JURY FEES |

Because the parties settled this matter after the jury pool was asked to appear for jury selection, in accordance with this court's General Order 40-1, **IT IS HEREBY ORDERED** that the jury attendance fees and expenses in the amount of $3,157.10 (see attached) are assessed to and shall be paid by the parties.

Each party shall pay $1,578.55 by check payable to the Clerk of Court, United States District Court by July 6, 2015.

Dated: June 9, 2015

_____
Beth L. Freeman
United States District Judge

COST ASSESSMENT BILL
Prime Media v. ACER
CV12-05020 BLF

| ATTENDANCE DATE | ATTTENDANCE | MILEAGE | PARKING | BRIDGE TOLLS | COFFEE SERVICE | TOTAL |
|---|---|---|---|---|---|---|
| 1-Jun-15 | $1,600.00 | $867.10 | $690.00 | n/a | n/a | $3,157.10 |